## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Samantha A. Werner                                    CHAPTER 13
                         Debtor(s)

                                          BKY. NO. 24-22345 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                   Respectfully submitted,

/s/ *Brent J. Lemon*
_____
Brent Lemon
02 Oct 2024, 10:35:17, EDT

Denise Carlon, Esq. (317226)   ☐
Brent Lemon, Esq. (86478)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com